# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **CHARLENE STEMKE**, individually on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**MARC JONES CONSTRUCTION, LLC**, a Louisiana company,<br><br>Defendant. | Case no. 5:21-cv-00274 |

## STIPULATION OF DISMISSAL

Plaintiff Charlene Stemke and Defendant Marc Jones Construction, LLC d/b/a Sunpro hereby stipulate to the dismissal of this action with prejudice as to the Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: March 22, 2022

/s/Avi R. Kaufman
Avi R. Kaufman (Florida Bar no. 84382)*
kaufman@kaufmanpa.com
Rachel E. Kaufman (Florida Bar no. 87406)
rachel@kaufmanpa.com
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881
*Trial counsel
*Attorneys for Plaintiff*

/s/ Yaniv Adar
Yaniv Adar (Florida Bar no. 63804)
yaniv@markmigdal.com
Mark Migdal & Hayden
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: 305-374-0440

*Attorney for Defendant*