# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CHARLENE STEMKE,

    Plaintiff,

v.                          Case No: 5:21-cv-274-JSM-PRL

MARC JONES CONSTRUCTION, LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. 20). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of March, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record